

**NUMBER 13-08-00596-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**DAVID HAJOVSKY,** **Appellant,**

**v.**

**COUNTY OF GONZALES,** **Appellee.**

---

**On appeal from the 25th District Court
of Gonzales County, Texas.**

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides
Memorandum Opinion Per Curiam**

This case is before the Court on an agreed/joint motion to dismiss appeal. The parties have agreed that the trial court's Order Granting Injunction is not a final order, and therefore, this Court does not have appellate jurisdiction over this case at this time. Pursuant to agreement, the parties request this Court to dismiss the appeal.

The Court, having considered the documents on file and parties' agreed/joint motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The parties' agreed/joint motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 15th day of January, 2009.